**Douglas Lee BLANKENSHIP, etc.**

v.

**SUNRAY D-X OIL CO., a Corp.**

No. 17349.

United States Court of Appeals
Eighth Circuit.

Sept. 23, 1963.

Robert G. Oberlander, Kansas City, Mo., for appellant.

William H. Sanders, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**Edwin O. BOOKWALTER**

v.

**Ralph E. DUNCAN et al.**

No. 17429,

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1963.

F. Russell Millin, U. S. Atty., for appellant.

Robert L. Jackson, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties. 216 F.Supp. 301.

**CHICAGO GREAT WESTERN RY. CO.**

v.

**Floyd L. HINES.**

No. 17396.

United States Court of Appeals
Eighth Circuit.

Sept. 19, 1963.

Hubert C. Jones, Des Moines, Iowa, and Karl Kenline, Dubuque, Iowa, for appellant.

F. H. Becker, Dubuque, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant and consent of appellee.

**Elizabeth T. NOSAL**

v.

**Virginia, HART, Appellee.**

No. 17317.

United States Court of Appeals
Eighth Circuit.

Sept. 3, 1963.

Martin H. Philip, Palmerton, Pa., for appellant.

Clyde Duffy, Devils Lake, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.